UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA YOUNG and NORMAN R. HUFF,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK, SHARPE & DOHME CORP., GLAXOSMITHKLINE, LLC, HOFFMAN-LAROCHE, INC., GENENTECH, INC., and ROCHE LABORATORIES,<br><br>Defendants. | MDL No. 2243<br><br>Civil Action No.: 3:12-cv-04089 (JAP)(LHG)<br><br>Hon. Joel A. Pisano, U.S.D.J.<br><br>*DOCUMENT FILED ELECTRONICALLY* |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS GLAXOSMITHKLINE, LLC, HOFFMAN-LA ROCHE, INC., GENENTECH, INC., AND ROCHE LABORATORIES, INC.**

Pursuant to FRCP 41(a)(1), the undersigned counsel hereby stipulate that Plaintiffs' Complaint and all claims of Plaintiffs Barbara Young and Norman R. Huff as they relate ONLY to Defendants GlaxoSmithKline, LLC, Hoffman-La Roche, Inc., Genentech, Inc., and Roche Laboratories, Inc., be dismissed in their entirety without prejudice, with each party to bear their own costs.

Dated: November 24, 2014

| | |
|---|---|
| **LYNCH DASKAL EMERY LLP**<br><br>s/ Bernard Daskal<br>Bernard Daskal<br>264 W 40th St.<br>New York, NY 10018<br>Telephone: (212) 302-2400<br>Facsimile: (212) 302-2210<br>*Counsel for Plaintiffs* | **K&L GATES LLP**<br><br>s/ Christopher R. Carton<br>Christopher R. Carton<br>One Newark Center, 10th Fl.<br>Newark, NJ 07102<br>Telephone: (973) 848-4052<br>Facsimile: (973) 848-4001<br>*Counsel for Defendants GlaxoSmithKline, LLC; Hoffman-La Roche, Inc., Genentech, Inc., and Roche Laboratories, Inc.* |