RECEIVED

DEC - 8 2014

AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA YOUNG and NORMAN R. HUFF, | MDL No. 2243 |
| Plaintiffs, | Civil Action No.: 3:12-cv-04089 (JAP)(LHG) |
| v. | Hon. Joel A. Pisano, U.S.D.J. |
| MERCK, SHARPE & DOHME CORP., GLAXOSMITHKLINE, LLC, HOFFMAN-LAROCHE, INC., GENENTECH, INC., and ROCHE LABORATORIES, | DOCUMENT FILED ELECTRONICALLY |
| Defendants. | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS GLAXOSMITHKLINE, LLC, HOFFMAN-LA ROCHE, INC., GENENTECH, INC., AND ROCHE LABORATORIES, INC.

Pursuant to FRCP 41(a)(1), the undersigned counsel hereby stipulate that Plaintiffs' Complaint and all claims of Plaintiffs Barbara Young and Norman R. Huff as they relate ONLY to Defendants GlaxoSmithKline, LLC, Hoffman-La Roche, Inc., Genentech, Inc., and Roche Laboratories, Inc., be dismissed in their entirety without prejudice, with each party to bear their own costs.

Dated: November 24, 2014

So ordered
[signature] Pisano

**LYNCH DASKAL EMERY LLP**

s/ Bernard Daskal
Bernard Daskal
264 W 40th St.
New York, NY 10018
Telephone: (212) 302-2400
Facsimile: (212) 302-2210
*Counsel for Plaintiffs*

**K&L GATES LLP**

s/ Christopher R. Carton
Christopher R. Carton
One Newark Center, 10th Fl.
Newark, NJ 07102
Telephone: (973) 848-4052
Facsimile: (973) 848-4001
*Counsel for Defendants GlaxoSmithKline, LLC; Hoffman-La Roche, Inc., Genentech, Inc., and Roche Laboratories, Inc.*